UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Leland Wilcox,**

        **Plaintiff,**          **CASE NUMBER: 11-14105**
                                             **HONORABLE VICTORIA A. ROBERTS**
v.                                             **MAG. JUDGE MONA MAJZOUB**

**Commissioner of Social Security,**

        **Defendant.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On January 9, 2013, Magistrate Judge Majzoub issued a Report and Recommendation [Doc.16], recommending that Defendant's Motion for Summary Judgment [Doc. 14] be granted in part and Plaintiff's Motion for Remand [Doc. 13] be Granted in Part. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Thus, the Court adopts the Report and Recommendation.

This matter is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) for a determination of what, if any, additional limitations are needed to address Plaintiff's deficits in concentration, persistence or pace.

        **IT IS ORDERED**.

                                                             S/Victoria A. Roberts
                                                             Victoria A. Roberts
                                                             United States District Judge

Dated: January 31, 2013

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on January 31, 2013.

S/Linda Vertriest
Deputy Clerk