UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LELAND JOHN WILCOX,

    Plaintiff,

v.                                        Case No. 11-14105

                                            Hon. Victoria A. Roberts

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. # 28)

On December 3, 2013, Magistrate Judge Mona K. Majzoub submitted a Report and Recommendation recommending that Plaintiff's Petition for Attorney Fees Under the Equal Access to Justice Act be **DENIED**.

Neither party filed objections within the time frame provided for in 28 U.S.C. §636(b)(1) and E.D. Mich. LR 72.1(d). The Court **ADOPTS** the Magistrate Judge's Report and Recommendation.

    **IT IS ORDERED**.

                                              S/Victoria A. Roberts
                                              Victoria A. Roberts
                                              United States District Judge

Dated: January 31, 2014

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on January 31, 2014.

s/Linda Vertriest
Deputy Clerk